IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODERICK WHITE                                                                                              PLAINTIFF
ADC #92057

V.                                              NO.  5:05cv00298 JMM

NNAMDI IFEDIORA, et al                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Court also requested briefs addressing the effect of the United States Supreme Court ruling in Jones v. Bock, 127 S.Ct. 910 (2007) on the merits of this case.  The Court finds that the ADC Grievance Procedure Policy requires inmates to identify the persons involved in each grievance.  As stated in the Proposed Findings and Recommended Disposition, Plaintiff did not comply with this requirement.  Jones v. Bock recognizes that compliance with prison grievance procedures is all that is required by the PLRA to "properly exhaust" and the "level of detail necessary in a grievance to comply with the grievance procedures will vary from system to system and claim to claim, but it is the prison's requirements, and not the PLRA that define the boundaries of proper exhaustion." Id. at 923.   Here, the Plaintiff failed to comply with the prison's requirements to properly exhaust.  Accordingly, the Findings and Recommendations are adopted in their entirety as this Court's findings.

Defendants' motion for summary judgment / motions to dismiss (docket entries #68, #72, #95) are hereby granted and Plaintiff's case is dismissed in its entirety, without prejudice.  Any other pending motions are denied as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis

appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith.

IT IS SO ORDERED this 2nd day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE