IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODERICK WHITE                                                                PLAINTIFF
ADC #92057

V.                                    NO.  5:05cv00298 JMM

NNAMDI IFEDIORA, et al                                                  DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order, and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 2nd day of March,  2007.



_____
UNITED STATES DISTRICT JUDGE